The Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JEFFREY TONEY,<br><br>                          Plaintiff,<br>vs.<br><br>THE CLOROX COMPANY,<br><br>                         Defendant. | No. 3:22-cv-05730-BHS<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE DISCOVERY RELATED MOTIONS |

The Parties' motion is GRANTED. The current scheduling order (Dkt 17) is hereby amended to change the deadline for filing discovery motions from November 20, 2023 to December 19, 2023.

Dated this 21st day of November, 2023.

*/s/ Benjamin H. Settle*

BENJAMIN H. SETTLE
United States District Judge

ORDER TO AMEND SCHEDULE

Longshot Law, Inc.
PO Box 1575
Port Orchard, WA 98366
425-999-0900